UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

EMERSON ELECTRIC CO., et al.,

PLAINTIFFS,

v.

LE CARBONE LORRAINE, S.A., et al.,

DEFENDANTS

Case No. 05-CV-6042 (JBS)

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Issuance of Request for International Judicial Assistance to the appropriate judicial authority in the United Kingdom for the deposition and documents of Mr. Robin D. Emerson, the Court GRANTS Plaintiffs' motion and will request international judicial assistance from the appropriate judicial authorities in the United Kingdom.

SO ORDERED, this 11th day of June, 2008.

_____
JEROME B. SIMANDLE
United States District Judge