

Katten Muchin Rosenman LLP

525 W. Monroe Street
Chicago, IL 60661-3693
312.902.5200 tel
312.902.1061 fax

JONATHAN S. FELD
jonathan.feld@kattenlaw.com
312.902.5478 direct
312.577.4703 fax

June 16, 2008

Honorable Jerome B. Simandle, U.S.D.J.
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Plaza
P.O. Box 588
Camden, NJ 08101

RE: **Emerson Electric Co. et. al. v. Le Carbone Lorraine S.A. et. al.
MDL 1514; Case No. 05-CV-6042; Master Docket No. 03-2182(JBS)**

Dear Judge Simandle:

As discussed during the June 12, 2008 telephonic status hearing, we submit the enclosed proposed amended order regarding Plaintiffs' Motion for Request for International Judicial Assistance for your review and entry in the above-referenced matter. Both Plaintiffs and Defendants have agreed to this proposed amended order.

Respectfully submitted,

*/s/ Jonathan Feld*

Jonathan S. Feld

Enclosure

JSF:sm

cc: Jerome A. Murphy, Esq.
    Daniel A. Sasse, Esq.
    Harris N. Feldman, Esq.
    Mary Ellen Hennessy, Esq.