IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EMERSON ELECTRIC COMPANY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LE CARBONE LORRAINE, S.A., et al., <br><br> Defendants. | HON. JEROME B. SIMANDLE <br><br> Civil Action No. 05-6042 (JBS) <br><br> **ORDER** |

This matter having come before the Court on Plaintiff Visteon Corporation's motion to cure or for reconsideration of the Court's October 7, 2008 Order [Docket Item 136]; the Court having considered the submissions in support thereof and in opposition thereto; for the reasons explained in the Opinion of today's date; and for good cause shown;

IT IS this   **4th**   day of **February, 2009** hereby

ORDERED that Plaintiff Visteon's motion for reconsideration shall be, and hereby is, **GRANTED**; and it is further

ORDERED that the Court's October 7, 2008 Order, only to the extent it granted summary judgment to Defendants as to Plaintiff Visteon, shall be, and hereby is, **VACATED**, and it is **ADJUDGED** that Plaintiff Visteon has standing to pursue its claims herein. The Court's October 7, 2008 Order denying partial summary judgment to Defendants as to Plaintiff Valeo remains unchanged.

 **s/ Jerome B. Simandle** 
JEROME B. SIMANDLE
United States District Judge